

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ex parte Christopher Bennett Wooten,

\* From the County Court
of Howard County,
Trial Court No. 31429.

No. 11-18-00307-CR

\* December 13, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.